No. 696. JOHN C. PARKER *v.* STATE OF TEXAS. April 13, 1925. Petition for a writ of certiorari herein to the Court of Criminal Appeals of the State of Texas dismissed

for failure to submit the same within the time prescribed in rule 37, paragraph 4. *Mr. Emil T. Simmang* for petitioner. No appearance for respondent.